# EXHIBIT 2

**EXHIBIT 2**
**Plaintiffs' Holdings and Unpaid Interest**

| 4.00% USD 2020 Notes<br>ISIN<br>Reg S: XS0234086196<br>144 A: XS0234086436 | Outstanding Principal | Defaulted Principal | Defaulted Interest | Total Claim |
|---|---|---|---|---|
| Amia Capital Macro Master Fund Limited | $ 10,616,350.67 | $ 10,616,350.67 | $ 212,327.01 | $ 561,510.00 |
| Corbin ERISA Opportunity Fund, Ltd. | $ 550,500.00 | $ 550,500.00 | $ 11,010.00 | $ 14,206.05 |
| GN3 SIP Limited | $ 13,927.50 | $ 13,927.50 | $ 278.55 | $ 33,426.08 |
| GoldenTree Co-Invest Master Fund II Ltd. | $ 32,770.67 | $ 32,770.67 | $ 655.41 | $ 26,277.07 |
| GoldenTree Distressed Master Fund III Ltd | $ 25,761.83 | $ 25,761.83 | $ 515.24 | $ 145,690.00 |
| Goldentree Distressed Onshore Master Fund III LP | $ 142,833.33 | $ 142,833.33 | $ 2,856.67 | $ 63,240.00 |
| GoldenTree V1 Master Fund, L.P. | $ 62,000.00 | $ 62,000.00 | $ 1,240.00 | $ 18,530.00 |
| GT Credit Fund LP | $ 18,166.67 | $ 18,166.67 | $ 363.33 | $ 12,410.00 |
| Pinehurst Partners, L.P. | $ 12,166.67 | $ 12,166.67 | $ 243.33 | $ 4,735.35 |
| San Bernardino County Employees Retirement Association | $ 4,642.50 | $ 4,642.50 | $ 92.85 | |
| | $ 4,833.33 | $ 4,833.33 | $ 96.67 | $ 4,930.00 |
| **Total** | **$ 867,602.50** | **$ 867,602.50** | **$ 17,352.05** | **$ 884,954.55** |

| 4.00% EUR 2020 Notes ISIN Reg S: XS0234085461 144 A: XS0234085891 | Outstanding Principal (Euro to USD 1.2) | Defaulted Principal | Defaulted Interest | Total Claim |
|---|---|---|---|---|
| Amia Capital Macro Master Fund Limited | $ 114,452,265.78 | $ 114,452,265.78 | $ 2,289,045.32 | $ 346,800.00 |
| Corbin ERISA Opportunity Fund, Ltd. | $ 340,000.00 | $ 340,000.00 | $ 6,800.00 | $ 82,211.80 |
| Crown Managed Accounts SPC - Crown/GT Segregated Portfolio | $ 80,599.80 | $ 80,599.80 | $ 1,612.00 | $ 23,052.00 |
| GN3 SIP Limited | $ 22,600.00 | $ 22,600.00 | $ 452.00 | $ 266,554.76 |
| GoldenTree Co-Invest Master Fund II Ltd. | $ 261,328.20 | $ 261,328.20 | $ 5,226.56 | $ 310,517.78 |
| GoldenTree Distressed Master Fund III Ltd | $ 304,429.20 | $ 304,429.20 | $ 6,088.58 | $ 306,204.00 |
| Goldentree Distressed Onshore Master Fund III LP | $ 300,200.00 | $ 300,200.00 | $ 6,004.00 | $ 132,804.00 |
| GoldenTree Insurance Fund Series Interests of the SALI Multi-Series Fund, L.P. | $ 130,200.00 | $ 130,200.00 | $ 2,604.00 | $ 13,056.00 |
| GoldenTree Master Fund, Ltd. | $ 12,800.00 | $ 12,800.00 | $ 256.00 | $ 203,857.61 |
| GoldenTree Multi Sector-C LP | $ 199,860.40 | $ 199,860.40 | $ 3,997.21 | $ 1,632.00 |
| GoldenTree NJ Distressed Fund 2015 LP | $ 1,600.00 | $ 1,600.00 | $ 32.00 | $ 87,719.59 |
| GoldenTree V1 Master Fund, L.P. | $ 85,999.60 | $ 85,999.60 | $ 1,719.99 | $ 51,000.00 |
| GT Credit Fund LP | $ 50,000.00 | $ 50,000.00 | $ 1,000.00 | $ 26,112.00 |
| Guadalupe Fund, LP | $ 25,600.00 | $ 25,600.00 | $ 512.00 | $ 2,244.00 |
| High Yield And Bank Loan Series Trust | $ 2,200.00 | $ 2,200.00 | $ 44.00 | $ 14,484.00 |
| Louisiana State Employees Retirement System | $ 14,200.00 | $ 14,200.00 | $ 284.00 | $ 3,468.00 |
| MA Multi-Sector Opportunistic Fund, LP | $ 3,400.00 | $ 3,400.00 | $ 68.00 | $ 1,836.00 |
| | $ 1,800.00 | $ 1,800.00 | $ 36.00 | |

2

| Pinehurst Partners, L.P. | $ | 39,034.80 | $ | 39,034.80 | $ | 780.70 | $ | 39,815.50 |
|---|---|---|---|---|---|---|---|---|
| San Bernardino County Employees Retirement Association | $ | 31,000.00 | $ | 31,000.00 | $ | 620.00 | $ | 31,620.00 |
| Beauregarde Holdings LLP | $ | 400,000.00 | $ | 400,000.00 | $ | 8,000.00 | $ | 408,000.00 |
| **Total** | **$** | **2,306,852.00** | **$** | **2,306,852.00** | **$** | **46,137.04** | **$** | **2,352,989.04** |

3

| 10.875% 2021 Notes<br>ISIN<br>Reg S: XS0584493349<br>144 A: XS0584497175 | Outstanding Principal | Defaulted Principal | Defaulted Interest | Total Claim |
|---|---|---|---|---|
| | $ 296,899,368.00 | $ 296,899,368.00 | $ 32,614,395.57 | |
| Amia Capital Macro Master Fund Limited | $ 2,146,666.67 | $ 2,146,666.67 | $ 235,811.33 | $ 2,382,478.00 |
| Crown Managed Accounts SPC - Crown/GT Segregated Portfolio | $ 100,000.00 | $ 100,000.00 | $ 10,985.00 | $ 110,985.00 |
| GN3 SIP Limited | $ 1,468,666.67 | $ 1,468,666.67 | $ 161,333.03 | $ 1,629,999.70 |
| GoldenTree Co-Invest Master Fund II Ltd. | $ 1,389,666.67 | $ 1,389,666.67 | $ 152,654.88 | $ 1,542,321.55 |
| GoldenTree Insurance Fund Series Interests of the SALI Multi-Series Fund, L.P. | $ 162,333.33 | $ 162,333.33 | $ 17,832.32 | $ 180,165.65 |
| GoldenTree Master Fund, Ltd. | $ 3,498,666.67 | $ 3,498,666.67 | $ 384,328.53 | $ 3,882,995.20 |
| GoldenTree V1 Master Fund, L.P. | $ 85,000.00 | $ 85,000.00 | $ 9,337.25 | $ 94,337.25 |
| GT NM, L.P. | $ 170,000.00 | $ 170,000.00 | $ 18,674.50 | $ 188,674.50 |
| Guadalupe Fund, LP | $ 33,333.33 | $ 33,333.33 | $ 3,661.67 | $ 36,995.00 |
| High Yield And Bank Loan Series Trust | $ 177,666.67 | $ 177,666.67 | $ 19,516.68 | $ 197,183.35 |
| Louisiana State Employees Retirement System | $ 35,000.00 | $ 35,000.00 | $ 3,844.75 | $ 38,844.75 |
| MA Multi-Sector Opportunistic Fund, LP | $ 33,333.33 | $ 33,333.33 | $ 3,661.67 | $ 36,995.00 |
| San Bernardino County Employees Retirement Association | $ 331,666.67 | $ 331,666.67 | $ 36,433.58 | $ 368,100.25 |
| Beauregarde Holdings LLP | $ 1,666,666.67 | $ 1,666,666.67 | $ 183,083.33 | $ 1,849,750.00 |
| Total | $ 11,298,666.67 | $ 11,298,666.67 | $ 1,241,158.53 | $ 12,539,825.20 |

4

| 9.625% 2028 Notes<br>ISIN<br>Reg S: XS0290125391<br>144 A: XS0290124154 | Outstanding Principal | Defaulted Principal | Defaulted Interest | Total Claim |
|---|---|---|---|---|
| | $ 480,000,000.00 | $    -   | $ 46,200,000.00 | |
| Amia Capital Macro Master Fund Limited | $ 7,646,000.00 | $    -   | $ 735,927.50 | $ 735,927.50 |
| Caius Capital Master Fund | $ 7,208,000.00 | $    -   | $ 693,770.00 | $ 693,770.00 |
| GN3 SIP Limited | $ 160,000.00 | $    -   | $ 15,400.00 | $ 15,400.00 |
| GoldenTree Distressed Master Fund III Ltd | $ 893,000.00 | $    -   | $ 85,951.25 | $ 85,951.25 |
| GoldenTree Master Fund, Ltd. | $ 992,000.00 | $    -   | $ 95,480.00 | $ 95,480.00 |
| San Bernardino County Employees Retirement Association | $ 195,000.00 | $    -   | $ 18,768.75 | $ 18,768.75 |
| **Total** | **$ 17,094,000.00** | **$    -** | **$ 1,645,297.50** | **$ 1,645,297.50** |

5

| 4.00% USD 2035 Notes ISIN Reg S: XS0234084738 144 A: XS0234085032 | Outstanding Principal | Defaulted Principal | Defaulted Interest | Total Claim |
|---|---|---|---|---|
| Amundi Funds - Emerging Markets Bond | $ 5,000,000.00 | $ 166,500.00 | $ 200,000.00 | $ 366,500.00 |
| Caius Capital Master Fund | $ 13,914,802.00 | $ 463,362.91 | $ 556,592.08 | $ 1,019,954.99 |
| Corbin ERISA Opportunity Fund, Ltd. | $ 1,109,401.00 | $ 36,943.05 | $ 44,376.04 | $ 81,319.09 |
| Crown Managed Accounts SPC - Crown/GT Segregated Portfolio | $ 299,980.00 | $ 9,989.33 | $ 11,999.20 | $ 21,988.53 |
| FS Credit Income Fund | $ 750,000.00 | $ 24,975.00 | $ 30,000.00 | $ 54,975.00 |
| GN3 SIP Limited | $ 5,687,487.00 | $ 189,393.32 | $ 227,499.48 | $ 416,892.80 |
| GoldenTree Co-Invest Master Fund II Ltd. | $ 7,771,447.00 | $ 258,789.19 | $ 310,857.88 | $ 569,647.07 |
| GoldenTree Distressed Master Fund III Ltd | $ 9,205,010.00 | $ 306,526.83 | $ 368,200.40 | $ 674,727.23 |
| Goldentree Distressed Onshore Master Fund III LP | $ 2,302,402.00 | $ 76,669.99 | $ 92,096.08 | $ 168,766.07 |
| GoldenTree Emerging Markets Master Fund ICAV | $ 125,000.00 | $ 4,162.50 | $ 5,000.00 | $ 9,162.50 |
| GoldenTree Insurance Fund Series Interests of the SALI Multi-Series Fund, L.P. | $ 374,365.00 | $ 12,466.35 | $ 14,974.60 | $ 27,440.95 |
| GoldenTree Master Fund, Ltd. | $ 9,238,884.00 | $ 307,654.84 | $ 369,555.36 | $ 677,210.20 |
| GoldenTree Multi Sector-C LP | $ 180,000.00 | $ 5,994.00 | $ 7,200.00 | $ 13,194.00 |
| GoldenTree NJ Distressed Fund 2015 LP | $ 2,969,651.00 | $ 98,889.38 | $ 118,786.04 | $ 217,675.42 |
| GoldenTree V1 Master Fund, L.P. | $ 1,407,476.00 | $ 46,868.95 | $ 56,299.04 | $ 103,167.99 |
| GT Credit Fund LP | $ 225,625.00 | $ 7,513.31 | $ 9,025.00 | $ 16,538.31 |
| GT G Distressed Fund 2020 LP | $ 274,516.00 | $ 9,141.38 | $ 10,980.64 | $ 20,122.02 |
| GT NM, L.P. | $ 63,000.00 | $ 2,097.90 | $ 2,520.00 | $ 4,617.90 |
|  | $ 576,534,487.20 | $ 19,198,598.42 | $ 23,061,379.49 |  |

| | | | | | | |
|---|---|---|---|---|---|---|
| Guadalupe Fund, LP | $ | 356,000.00 | $ | 11,854.80 | $ | 14,240.00 | $ | 26,094.80 |
| High Yield And Bank Loan Series Trust | $ | 616,695.00 | $ | 20,535.94 | $ | 24,667.80 | $ | 45,203.74 |
| Kapitalforeningen Industriens Pension Portfolio - Emerging Markets Obligationer I | $ | 53,000.00 | $ | 1,764.90 | $ | 2,120.00 | $ | 3,884.90 |
| Louisiana State Employees Retirement System | $ | 264,000.00 | $ | 8,791.20 | $ | 10,560.00 | $ | 19,351.20 |
| MA Multi-Sector Opportunistic Fund, LP | $ | 172,000.00 | $ | 5,727.60 | $ | 6,880.00 | $ | 12,607.60 |
| Pinehurst Partners, L.P. | $ | 875,625.00 | $ | 29,158.31 | $ | 35,025.00 | $ | 64,183.31 |
| San Bernardino County Employees Retirement Association | $ | 1,123,670.00 | $ | 37,418.21 | $ | 44,946.80 | $ | 82,365.01 |
| **Total** | **$** | **64,360,036.00** | **$** | **2,143,189.20** | **$** | **2,574,401.44** | **$** | **4,717,590.64** |

| 4.00% EUR 2035 Notes<br>ISIN<br>Reg S: XS0234082872<br>144 A: XS0234084142 | Outstanding Principal<br>(Euro to USD 1.2) | Defaulted Principal | Defaulted Interest | Total Claim |
|---|---|---|---|---|
| | $ 692,866,680.00 | $ 23,072,460.44 | $ 27,714,667.20 | |
| Amundi Funds - Emerging Markets Bond | $ 900,000.00 | $ 29,970.00 | $ 36,000.00 | $ 65,970.00 |
| Amundi Investment Funds - Emerging Markets Sovereign Bond | $ 900,000.00 | $ 29,970.00 | $ 36,000.00 | $ 65,970.00 |
| Caius Capital Master Fund | $ 3,042,823.20 | $ 101,326.01 | $ 121,712.93 | $ 223,038.94 |
| Corbin ERISA Opportunity Fund, Ltd. | $ 811,918.80 | $ 27,036.90 | $ 32,476.75 | $ 59,513.65 |
| Crown Managed Accounts SPC - Crown/GT Segregated Portfolio | $ 236,400.00 | $ 7,872.12 | $ 9,456.00 | $ 17,328.12 |
| FS Credit Income Fund | $ 1,200,000.00 | $ 39,960.00 | $ 48,000.00 | $ 87,960.00 |
| GN3 SIP Limited | $ 14,196,052.80 | $ 472,728.56 | $ 567,842.11 | $ 1,040,570.67 |
| GoldenTree Co-Invest Master Fund II Ltd. | $ 11,832,625.20 | $ 394,026.42 | $ 473,305.01 | $ 867,331.43 |
| GoldenTree Distressed Master Fund III Ltd | $ 5,999,034.00 | $ 199,767.83 | $ 239,961.36 | $ 439,729.19 |
| Goldentree Distressed Onshore Master Fund III LP | $ 2,764,221.60 | $ 92,048.58 | $ 110,568.86 | $ 202,617.44 |
| GoldenTree Emerging Markets Master Fund ICAV | $ 636,000.00 | $ 21,178.80 | $ 25,440.00 | $ 46,618.80 |
| GoldenTree Insurance Fund Series Interests of the SALI Multi-Series Fund, L.P. | $ 1,986,356.40 | $ 66,145.67 | $ 79,454.26 | $ 145,599.92 |
| GoldenTree Master Fund, Ltd. | $ 45,755,696.40 | $ 1,523,664.69 | $ 1,830,227.86 | $ 3,353,892.55 |
| GoldenTree Multi Sector-C LP | $ 298,800.00 | $ 9,950.04 | $ 11,952.00 | $ 21,902.04 |
| GoldenTree NJ Distressed Fund 2015 LP | $ 2,905,618.80 | $ 96,757.11 | $ 116,224.75 | $ 212,981.86 |
| GoldenTree V1 Master Fund, L.P. | $ 2,002,228.80 | $ 66,674.22 | $ 80,089.15 | $ 146,763.37 |

8

| | | | | | |
|---|---:|---|---:|---|---:|
| GT Credit Fund LP | $ 245,250.00 | $ | 8,166.83 | $ | 9,810.00 | $ | 17,976.83 |
| GT G Distressed Fund 2020 LP | $ 2,272,585.20 | $ | 75,677.09 | $ | 90,903.41 | $ | 166,580.50 |
| GT NM, L.P. | $ 2,185,200.00 | $ | 72,767.16 | $ | 87,408.00 | $ | 160,175.16 |
| Guadalupe Fund, LP | $ 604,800.00 | $ | 20,139.84 | $ | 24,192.00 | $ | 44,331.84 |
| High Yield And Bank Loan Series Trust | $ 2,549,842.80 | $ | 84,909.77 | $ | 101,993.71 | $ | 186,903.48 |
| Louisiana State Employees Retirement System | $ 590,400.00 | $ | 19,660.32 | $ | 23,616.00 | $ | 43,276.32 |
| MA Multi-Sector Opportunistic Fund, LP | $ 277,200.00 | $ | 9,230.76 | $ | 11,088.00 | $ | 20,318.76 |
| Pinehurst Partners, L.P. | $ 517,650.00 | $ | 17,237.75 | $ | 20,706.00 | $ | 37,943.75 |
| San Bernardino County Employees Retirement Association | $ 4,140,654.00 | $ | 137,883.78 | $ | 165,626.16 | $ | 303,509.94 |
| **Total** | **$ 108,851,358.00** | **$** | **3,624,750.22** | **$** | **4,354,054.32** | **$** | **7,978,804.54** |

9