USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 10/1/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

AMIA CAPITAL MACRO MASTER FUND LIMITED, et al.,

Plaintiffs,

v.

THE PROVINCE OF BUENOS AIRES,

Defendant.

21-cv-2488 (ER)

## STIPULATION OF VOLUNTARY DISMISSAL

WHEREAS, on March 23, 2021, plaintiffs Amia Capital Macro Master Fund Limited, Amundi Funds - Emerging Markets Bond, Amundi Investment Funds - Emerging Markets Sovereign Bond, Caius Capital Master Fund, Corbin ERISA Opportunity Fund, Ltd., Crown Managed Accounts SPC - Crown/GT Segregated Portfolio, FS Credit Income Fund, GN3 SIP Limited, GoldenTree Co-Invest Master Fund II Ltd., GoldenTree Distressed Master Fund III Ltd., Goldentree Distressed Onshore Master Fund III LP, GoldenTree Emerging Markets Master Fund ICAV, GoldenTree Insurance Fund Series Interests of the SALI Multi-Series Fund, L.P., GoldenTree Master Fund, Ltd., GoldenTree Multi Sector-C LP, GoldenTree NJ Distressed Fund 2015 LP, GoldenTree V1 Master Fund, L.P., GT Credit Fund LP, GT G Distressed Fund 2020 LP, GT NM, LP, Guadalupe Fund, LP, High Yield and Bank Loan Series Trust, Kapitalforeningen Industriens Pension Portfolio - Emerging Markets Obligationer I, Louisiana State Employees Retirement System, MA Multi-Sector Opportunistic Fund, LP, Pinehurst Partners, L.P., San Bernardino County Employees Retirement Association, and Beauregarde Holdings LLP (collectively, "Plaintiffs") filed a Complaint against the Province of Buenos Aires based on those Plaintiffs' ownership of beneficial interests in Province-issued bonds (the "Bonds");

WHEREAS, Plaintiffs tendered interests in the Bonds in exchange for new securities issued by the Province, and/or transferred their interests in the Bonds, and/or have otherwise settled their claims and accordingly no longer hold any interest in the Bonds that are the subject of the above-captioned case.

NOW, THEREFORE, Plaintiffs, by their attorneys White & Case LLP, and the Province, by its attorneys Cleary Gottlieb Steen & Hamilton LLP, HEREBY STIPULATE AND AGREE:

1. Plaintiffs' claims are hereby dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with prejudice and without costs;

2. This Stipulation and Order may be signed in counterparts which, when taken as a whole, shall constitute one and the same document; and an electronic, facsimile or copy signature shall have the same force and effect as an original signature.

Dated: New York, New York
       September 30, 2021

| WHITE & CASE LLP | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
|---|---|
| Glenn M. Kurtz | Carmine D. Boccuzzi, Jr. |
| Joshua D. Weedman | Rathna J. Ramamurthi |
| Camille M. Shepherd | One Liberty Plaza |
| 1221 Avenue of the Americas | New York, New York 10006 |
| New York, New York 10020 | (212) 225-2000 |
| (212) 819-8200 | cboccuzzi@cgsh.com |
| gkurtz@whitecase.com | rramamurthi@cgsh.com |
| jweedman@whitecase.com | |
| camille.shepherd@whitecase.com | |
| *Attorneys for Plaintiffs* | *Attorneys for the Province of Buenos Aires* |

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated: 10/1/2021
New York, New York